**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUFUS LOVELL BROOKS,

    Plaintiff,

v.                                                                     Case No:   6:23-cv-1898-WWB-LHP

BROOK CONSULTANTS, INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF MOTION FOR RECONSIDERATION ALTERNATIVELY EXTENSION OF TIME TO PAY THE FILING FEES (Doc. No. 19)**
>
> **FILED:**     **January 2, 2024**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

Plaintiff requests the Court reconsider its prior Order denying Plaintiff's motion to proceed *in forma pauperis*. Doc. No. 19. Upon review, however, Plaintiff's renewed application to proceed *in forma paurperis* continues to

- 2 -

demonstrate assets sufficient to show Plaintiff is not "unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents."  *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004).  Plaintiff's motion to reconsider (Doc. No. 19) is thus **DENIED** as to Plaintiff's request to proceed *in forma pauperis*.

Plaintiff's alternative request for an extension of time to pay the filing fee (Doc. No. 19, at 2) is **GRANTED**.  It is thus **ORDERED** that on or before **January 31, 2024**, Plaintiff shall pay the filing fee for this case in full.  **Failure to pay the filing fee as required may result in dismissal of this case without further notice**.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties